# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:12cr09

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ADAM CHRIS LAMBERT. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 16].

For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Bill of Indictment [Doc. 1] in this action is hereby **DISMISSED** without prejudice.

Signed: August 1, 2012

Martin Reidinger
United States District Judge